Jason SCOTT, Petitioner–Appellant,

v.

Warden J. T. SHARTLE, named as FCC Warden; Susan G. McClintock, named as USP Warden, Tucson, AZ; Attorney General of the State of Maryland, Respondents–Appellees.

No. 16–6653

United States Court of Appeals,
Fourth Circuit.

Submitted: August 18, 2016

Decided: August 23, 2016

Jason T. Scott, Appellant Pro Se.

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jason Scott seeks to appeal the district court's order denying several preliminary motions and setting the schedule for submissions in Scott's 28 U.S.C. § 2254 (2012) petition. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Scott seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny leave to proceed in forma pauperis; deny Scott's motion for injunctive relief pending appeal and his petition for a writ of mandamus or, alternatively, for default judgment; and dismiss the appeal for lack of jurisdiction.* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

---

* Scott asserts in his petition for a writ of mandamus that the district court has unduly delayed ruling on his § 2254 petition. Our review of the present record reveals no such delay.